

# Fourth Court of Appeals
## San Antonio, Texas

January 20, 2023

No. 04-22-00083-CV

Tommy R. **YATES** and All Occupants of 9531 Cross Ridge, San Antonio, Texas 78263,
Appellant

v.

**WIOSA, LLC**,
Appellee

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 2021CV04364
Honorable David J. Rodriguez, Judge Presiding

# O R D E R

Sitting:      Rebeca C. Martinez, Chief Justice
Irene Rios, Justice
Liza A. Rodriguez, Justice

On December 27, 2022, appellant filed a copy of an email sent to the clerk of court asking this court to reconsider its opinion and judgment, delivered on December 7, 2022. Appellant also filed several attachments. We construe appellant's filing as a motion for extension of time to file a motion for rehearing and as a motion for rehearing. *See* TEX. R. APP. P. 49.1, 49.9. We GRANT appellant's motion for extension of time, and we DENY appellant's motion for rehearing.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of January, 2023.



MICHAEL A. CRUZ, Clerk of Court